Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hicks
Nevada Bar No. 13893
noel.hicks@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant CertainTeed Gypsum Manufacturing, Inc.*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500, 3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

DESTINI LAWVER,

Plaintiff,

vs.

CERTAINTEED GYPSUM MANUFACTURING, INC., a domestic Company; DOES I-X; ROE CORPORATIONS I-X,

Defendants.

Case No.: 2:21-cv-01219-APG-EJY

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(FIRST REQUEST)**

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Destini Lawver ("Plaintiff") and Defendant CertainTeed Gypsum Manufacturing, Inc. ("Defendant"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1). Defendant's response to Plaintiff's Complaint is currently due July 22, 2021. The parties request an extension of time up to and including August 12, 2021 in which to respond as Defendant has just been retained in this case. This is the parties' first request for an extension of time.

/ / /

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 20th day of July, 2021.

HKM EMPLOYMENT ATTORNEYS LLP

*/s/ Jenny L. Foley*
Jenny L. Foley
Nevada Bar No. 9017
Rex M. Martinez
Nevada Bar No. 15277
1785 East Sahara
Suite 300
Las Vegas, NV 89104
*Attorneys for Plaintiff*

DATED this 20th day of July, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Noel M. Hicks*
Anthony L. Martin
Nevada Bar No. 8177
Noel M. Hicks
Nevada Bar No. 13893
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: July 20, 2021



OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800