Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hicks
Nevada Bar No. 13893
noel.hicks@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant CertainTeed Gypsum Manufacturing, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DESTINI LAWVER,<br><br>                    Plaintiff,<br><br>vs.<br><br>CERTAINTEED GYPSUM MANUFACTURING, INC., a domestic Company; DOES I-X; ROE CORPORATIONS I-X,<br><br>                    Defendants. | Case No.:  2:21-cv-01219-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED, by and between Plaintiff Destini Lawver ("Plaintiff") and Defendant CertainTeed Gypsum Manufacturing, Inc. ("Defendant"), by and through their undersigned counsel, that all claims Plaintiff had, or may have, against Defendant that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice, in their entirety.

/ / /

/ / /

/ / /

1   Each party to bear their own fees and costs.

| | |
|---|---|
| DATED this 19th day of October, 2021. | DATED this 19th day of October, 2021. |
| HKM EMPLOYMENT ATTORNEYS LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Jenny L. Foley* | */s/ Noel M. Hicks* |
| Jenny L. Foley | Anthony L. Martin |
| Nevada Bar No. 9017 | Nevada Bar No. 8177 |
| Rex M. Martinez | Noel M. Hicks |
| Nevada Bar No. 15277 | Nevada Bar No. 13893 |
| 1785 East Sahara | Wells Fargo Tower |
| Suite 300 | Suite 1500 |
| Las Vegas, NV 89104 | 3800 Howard Hughes Parkway |
| *Attorneys for Plaintiff* | Las Vegas, NV 89169 |
| | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

October 22, 2021
DATED

2